**IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
                    CHIEF JUDGE WILEY Y. DANIEL**

| Courtroom Deputy: | Robert R. Keech | Date: | November 21, 2008 |
|---|---|---|---|
| E.C.R./Reporter: | Therese Lindblom | | |

Civil Action No: **08-cv-02014-WYD-CBS**          Counsel:

**LUFT FARMS, LLC, et al.**,                     James W. Hubbell
                                                 Walter W. Garnsey, Jr.
             Plaintiffs,

v.

**THE WESTERN SUGAR COOPERATIVE**,               Mark D. Flink
                                                 Alfred Chidester
             Defendant.                          Erica Gann Kitaev

## COURTROOM MINUTES

**HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**1:45 p.m.**     Court in Session

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

                  Plaintiffs' Motion for Preliminary Injunction (#10 - 10/27/08) is raised for argument.

1:57 p.m.         Argument by Plaintiffs (Mr. Hubbell).

2:32 p.m.         Argument by Defendant (Mr. Flink).

3:00 p.m.         Argument by Plaintiffs (Mr. Hubbell).

3:22 p.m.         Argument by Defendant (Mr. Flink).

**ORDERED:** Plaintiffs' Motion for Preliminary Injunction (#10 - 10/27/08) is **TAKEN UNDER ADVISEMENT.**

**3:24 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  1:39**