IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 08-cv-02014-WYD-CBS     FTR - Reporter Deck-Courtroom A402
Date:   February 02, 2009               Courtroom Deputy: Debra Brown

| *Parties:* | *Counsel:* |
|---|---|
| LUFT FARMS, LLC, et al. | James W. Hubbell |
|  | Judd Choate |
|     Plaintiff, |  |
| v. |  |
| WESTERN SUGAR COOPERATIVE, The | Erica Gann Kitaev |
|  | Marc David Flink |
|     Defendant. |  |

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 9:16 a.m.**
Court calls case. Appearances of counsel.

Court's Opening Remarks.

Discussion regarding Defendant's "MOTION for Protective Order Pursuant to Fed.R.Civ.P. 26(C)(1)" [Document #50, filed January 30, 2009].
Statements by Marc Flink.

Court's findings:

**ORDERED:** Defendant's "MOTION for Protective Order Pursuant to Fed.R.Civ.P. 26(C)(1)" [Document #50, filed January 30, 2009] is **DENIED for the reasons stated on the record.**

**ORDERED:** The parties have to February 06, 2009 to complete a Rule 26(f) meeting and Rule 26(a) disclosures .

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

1. Deadline for Amendment of pleadings/Joinder of parties: March 19, 2009

2. The Parties Written Discovery is to be completed no later than March 31, 2009. There will be no depositions taken by either party without prior leave of Court, prior to March 31, 2009.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**ORDERED:  A further Scheduling/Status Conference** is set for **March 30, 2009 at 9:15 a.m., Courtroom A-402**.

HEARING CONCLUDED.
**Court in recess:   10:01 a.m.**
Total time in court:    00:45

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.