IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02014-WYD-CBS

LUFT FARMS, LLC, a Colorado limited liability company;
ALLEN REUTER; and
CONNIE REUTER,
    Plaintiffs,
v.

THE WESTERN SUGAR COOPERATIVE, a Colorado cooperative corporation,
    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

This civil action comes before the court on Plaintiffs' Unopposed Motion for a Seven-Day Extension of Time to Respond to Motion to Stay Discovery and for a Ten-Day Extension to Respond to the Motion to Dismiss the Amended Complaint. Pursuant to the Order of Reference dated September 29, 2008 (doc. # 3) and the memorandum dated May 7, 2009 (doc. # 79), Plaintiff's request for a Seven-Day Extension of Time to Respond to Motion to Stay Discovery has been referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

**IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion for a Seven-Day Extension of Time to Respond to Motion to Stay Discovery is **GRANTED**. Plaintiffs may file their response to Defendants' Motion Pursuant to Fed. R. Civ. P. 26(c)(1) to Stay Discovery (doc. # 64) **on or before Thursday, May 14, 2009**.

**DATED:**    May 8, 2009