**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-02014-WYD-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  May 29, 2009** | **Courtroom Deputy:**   Linda Kahoe |

LUFT FARMS LLC,  *et al.,*                                     Walter Garnsey

      Plaintiffs,

      v.

WESTERN SUGAR COOPERATIVE, THE,               Erica Gann Kitaev
                                                                                              Marc David Flink

      Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING
Court in session:  2:28 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendant's Motion Pursuant to Fed.R.Civ.P.26(C)(1) to Stay Discovery Pending the Determination of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint [Doc. 61] (doc 64, filed 4/17/2009).

For reasons as stated on the record, it is

**ORDERED:   Defendant's Motion Pursuant to Fed.R.Civ.P.26(C)(1) to Stay Discovery Pending the Determination of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint [Doc. 61] (doc 64, filed 4/17/2009) is GRANTED in Part and DENIED in Part without prejudice to the Plaintiffs' right to seek leave to pursue discovery in the future as appropriate.  The Motion is GRANTED subject to Defendant responding to requests for production #4 and #12.  The court will also allow discovery of information previously disclosed in related state court lawsuits.  Discovery is stayed in all other aspects.  The production of documents otherwise disclosable under Rule 26(a)(1), and the documents consistent with the limited discovery as stated above, is due no later than June 12, 2009.**

The parties presented a stipulated Protective Order during the hearing.

**ORDERED:  The Stipulated Protective Order is accepted by the court.  The parties are reminded that they will be required to comply fully with all provisions of D.C.ColoL.CivR.7.2, and particularly those provisions dealing with filing documents under seal.**

HEARING CONCLUDED.

**Court in recess**:  **3:14 p.m.**
Total time in court:   00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.