IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02014-WYD-CBS

LUFT FARMS, LLC, a Colorado limited liability company;
ALLEN REUTER; and
CONNIE REUTER,

     Plaintiffs,

v.

THE WESTERN SUGAR COOPERATIVE, a Colorado Cooperative Corporation,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendant's Motion to Dismiss The Amended Complaint, [doc. #61], filed April 17, 2009 and Defendant's Motion to Strike Class Allegations And Dismiss "Class Claims" In Amended Complaint, [doc. #75], filed May 5, 2009 are **DENIED AS MOOT**.

     Dated:  October 22, 2009.