**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

Courtroom Deputy:   Robert R. Keech              Date:   November 15, 2010
E.C.R./Reporter:       Therese Lindblom

Civil Action No:   **08-cv-02014-WYD-CBS**        Counsel:

**LUFT FARMS, LLC, et al.**,                     Pamela H. Vanderpool
                                                 Martha M. Tierney
            Plaintiffs,

v.

**THE WESTERN SUGAR COOPERATIVE**,               Marc D. Flink
                                                 Erica G. Kitaev
            Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**3:28 p.m.**      Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

                   Defendant's Motion to Dismiss Second Amended Complaint [doc. #123], filed October 22, 2009 and Defendant's Motion to Strike Class Allegations and Dismiss "Class Claims" in Second Amended Complaint [doc. #125], filed October 22, 2009, are raised for argument.

3:34 p.m.          Argument by Plaintiffs (Ms. Vanderpool).

4:00 p.m.          Argument by Defendant (Mr. Flink).

4:07 p.m.          Argument by Plaintiffs (Ms. Vanderpool).

| | |
|---|---|
| 4:16 p.m. | Argument by Defendant (Mr. Flink). |
| 4:17 p.m. | Argument by Plaintiffs (Ms. Vanderpool). |
| **ORDERED:** | Defendant's Motion to Dismiss Second Amended Complaint [doc. #123], filed October 22, 2009, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant's Motion to Strike Class Allegations and Dismiss "Class Claims" in Second Amended Complaint [doc. #125], filed October 22, 2009, is **TAKEN UNDER ADVISEMENT.** |
| **4:19 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   :51**