IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02014-WYD-CBS

LUFT FARMS, LLC, a Colorado limited liability company;
ALLEN REUTER; and
CONNIE REUTER,

      Plaintiffs,

v.

THE WESTERN SUGAR COOPERATIVE, a Colorado Cooperative Corporation,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Defendant's Motion to Amend Judgment Pursuant to Fed. R. Civ. Pro. 59(e) to Provide for an Award of Costs Pursuant to 28 U.S.C. § 1920, [ECF No. 145], filed January 21, 2011 is **GRANTED**.  The Judgment entered January 11, 2011 [ECF No. 143] shall be amended to provide that Defendant The Western Sugar Cooperative shall be awarded its costs pursuant to 28 U.S.C. § 1920 .

      Dated:  February 11, 2011