IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02014-WYD-CBS

LUFT FARMS, LLC, a Colorado limited liability company;
ALLEN REUTER; and
CONNIE REUTER,

    Plaintiffs,

v.

THE WESTERN SUGAR COOPERATIVE, a Colorado Cooperative Corporation,

    Defendant.

## ORDER

Defendant's Motion for Withdrawal With Prejudice of Bill of Costs [ECF No. 166] and Defendant's Motion for Withdrawal With Prejudice of Motion for Attorneys' Fees and Costs  [ECF No. 167], filed April 11, 2011 are both granted **GRANTED**.  Accordingly, it is hereby

ORDERED that Defendant's Bill of Costs [ECF No. 153] and Defendant's Motion for Attorneys' Fees and Costs [ECF No. 147] are both **deemed withdrawn with prejudice**, each party to bear their own attorneys fees and costs.

Dated:  April 12, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge